The CITY OF NEW YORK, Plaintiff,

v.

A–1 JEWELRY & PAWN, INC.; Adventure Outdoors, Inc; Cole's Gun Shop, Inc.; Dunkelberger's Sports Outfitters; Gallery Distributing Inc.; Greg L. Driggers d/b/a AAA Gun & Pawn Brokers; the Gun Store, Inc.; Harold W. Babcock, Jr. d/b/a Webb's Sporting Goods; James Thomas Farmer d/b/a Jim's Guns and Whatever; Mickalis Pawn Shop, LLC; Nancy Dailey d/b/a Peddler's Post; Old Dominion Guns & Tackle, Inc.; Patriot Services, Inc.; Welsh Pawn Shop, Inc. d/b/a Big Tom's Pawn Shop; Woodrow C. Holman III d/b/a Woody's Pawn Shop, Defendants.

No. 06–cv–2233.

United States District Court, E.D. New York.

May 23, 2008.

Eric Proshansky, Gail P. Rubin, Corporation Counsel of the City of NY, Ari Biernoff, New York City Law Department, Af-

firmative Litigation Division, Bryan Robert Dunlap, James Gardner Wheaton, Kenneth William Taber, Sangita A. Shah, Pillsbury Winthrop Shaw Pittman LLP, Melanie C.T. Ash, Richard J. Costa, New York City Law Department, New York, NY, for Plaintiff.

John F. Renzulli, Joseph John Burruano, Scott Charles Allan, Renzulli Law Firm LLP, White Plains, NY, Christopher Renzulli, Renzulli Law Firm, LLP, New York, NY, for Defendants.

JACK B. WEINSTEIN, Senior District Judge.

The application of Courtroom View Network ("CVN"), made pursuant to Local Rule 1.8, to provide audio-visual coverage of the summary judgment hearing and the trial in this action is hereby GRANTED; subject to the following:

1. CVN will not cover those portions of witness testimony to which a party or the Bureau of Alcohol, Tobacco, Firearms & Explosives ("ATF") reasonably objects. During such portions, CVN will turn off its sound and audio equipment. In the event the frequency of objections effectively bars coverage of a material part of the trial, CVN retains the right to seek appropriate relief from the Court.

2. CVN will provide the Court, as expeditiously as possible, with a CD–ROM of its coverage of the prior day's proceedings.

3. CVN will lodge with the Clerk's office, as expeditiously as possible, a CD–ROM of its coverage of the prior day's proceedings.

4. Upon conclusion of the trial, CVN will provide, solely for their own personal use, counsel to each party, as well as to Intervenor, ATF, a CD–ROM of its coverage of the proceedings.

SO ORDERED.